709 So.2d 775 (1998)
Keith S. MORGAN and Barbara B. Morgan
v.
The EARNEST CORPORATION and Beau Chene Homeowners Association, Inc.
Cecilia H. Best, wife of/and James P. BEST
v.
BEAU CHENE HOMEOWNERS ASSOCIATION, INC., The Earnest Corporation, Morgan Earnest, Barry Ripple, Waldemar S. Nelson & Co., Inc., and The Louisiana Department of Transportation and Development.
No. 97-CC-3031.
Supreme Court of Louisiana.
February 20, 1998.
Denied.
LEMMON, J., would grant the writ.
KNOLL, J., not on panel.